■ In the Matter of GARY V. NARDIELLO, Appellant, v NEW YORK CITY DEPARTMENT OF CORRECTION et al., Respondents. [687 NYS2d 16] —Order and judgment (one paper), Supreme Court, New York County (Helen Freedman, J.), entered on or about November 14, 1997, which, in a proceeding brought pursuant to CPLR article 78 to annul respondents' determination denying petitioner's application for a firearms endorsement, dismissed the petition, unanimously affirmed, without costs.

In light of the evidence in the record indicating that petitioner was medically unfit to carry a firearm, it is plain that respondents' determination not to issue a positive endorsement for petitioner's New York City Pistol Permit application was neither arbitrary and capricious nor an abuse of discretion and, indeed, that it was entirely rational (*see, Matter of Pell v Board of Educ.*, 34 NY2d 222, 231). Concur—Nardelli, J. P., Wallach, Lerner and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DOUGAR, Appellant. [684 NYS2d 779] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered on or about April 12, 1996, and judgment, same court (Charles Solomon, J.), entered June 4, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Nardelli, J. P., Wallach, Lerner and Rubin, JJ.